IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 26-CR-4004 |
| --- | --- | --- |
| Plaintiff, | ) | Count 1: |
| vs. | ) | 18 U.S.C. § 1703(a): Delay or Destruction of Mail by Postal Service Employee |
| ERIK PIERCE, | ) | |
| Defendant. | ) | |

# INFORMATION

The United States Attorney charges:

## Count 1
### Delay or Destruction of Mail by Postal Service Employee

On or about February 7, 2023, in the Northern District of Iowa, defendant ERIK PIERCE, an officer or employee of the United States Postal Service, unlawfully secreted, destroyed, detained, delayed or opened the contents of various classes of mail, including tracked packages, which mailings and their contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail.

This was in violation of Title 18, United States Code, Section 1703(a).

Respectfully submitted,

LEIF OLSON
United States Attorney

By, s/*Ron Timmons*

RON TIMMONS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA  51101
(712) 255-6011
(712) 252-2034 (Fax)
Ron.Timmons@usdoj.gov